ALBANY,<br>Feb. 1808.<br><br>Dumond<br>v.<br>Carpenter.

ON error from the court of common pleas, of the county of *Ulster.* L. *Elmendorf,* for the plaintiff, in error, moved that a certified copy of the *capias ad satisfaciendum,* issued in the court below, and copies of two rules entered there, should be annexed to the return to the writ of error, in this case, which had been directed to that court.

*Sudam,* contra.

*Per Curiam.* This application comes too late, after an assignment of errors. The plaintiff, at the time he assigned errors, should have alleged diminution, and prayed a *certiorari.* But if the *ca. sa.* were before this court, it would not avail the plaintiff. If the judgment of the court below, be correct and legal, no error will lie for any irregularity, as to the execution. Each court has a controul over its own process, and if there be any irregularity, the proper remedy is by application to the court below.

*After an assignment of errors, it is too late to move, that the return to a writ of error be amended. If the judgment of the court below, be correct and legal, no error lies for any irregularity, as to the execution. Each court has a controul over its own process.*

Rule refused.

## Philips and Philips *against* Blagge.

HENRY moved to set aside the inquest taken in this cause at the last sittings, in *New-York.* The affidavit of the attorney of the defendant, stated that the defendant, that from the representations made to him, by the defendant, and the papers he had examined, he verily believed that the defendant had a legal defence. Counter affidavits, are not allowed to be read in opposition to such a motion.

*An inquest, taken by default, was set aside on an affidavit of the attorney of the defendant.*

ALBANY,
Feb. 1808.

King
v.
Shaw.

was absent beyond sea, and had represented to him, that he had a good and substantial defence on the merits ; and from his representations, and the papers produced, he verily believed there was a legal defence. The inquest had been taken out of its order, on the calculation of causes.

*Sedgwick*, contra, offered counter affidavits ; but *The Court* said, that it was settled, that no counter-affidavits could be read in such a case, The plaintiff had no right to go to trial, when the defendant was called, and he took the inquest by default, at his peril; and the court will always set aside a verdict, so taken, when they are satisfied that the defendant has a good defence.

Rule granted.